Swain/T

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM GIORSOS,

    Plaintiff,

-v.-

CITIGROUP TECHNOLOGY, INC.

    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 1 3 2007

07 CIV 9401 (LTS)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff William Giorsos ("Plaintiff") and Defendant Citigroup Technology, Inc. ("Defendant"), through their respective counsel undersigned below, that the time of Defendant to answer, move, or otherwise respond to the Complaint filed by Plaintiff is extended to and including December 14, 2007.

Dated: New York, New York
    November 9, 2007

ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Defendant

By: _____
    Aimee B. Florin
    666 Fifth Avenue
    New York, New York 10103
    212-506-5000

Dated: New York, New York
    November 7, 2007

THE BOYD LAW GROUP, PLLC
Attorney for Plaintiff

By: _____
    Patrick J. Boyd
    230 Park Avenue, Suite 1000
    New York, New York 10160
    212-808-3054

The parties shall promptly register for ECF.

SO ORDERED:

_____ 11/13/2007
UNITED STATES DISTRICT JUDGE

OHS EAST:160333851.1