

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 2 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM GIORSOS,

    Plaintiff,

-v.-

CITIGROUP TECHNOLOGY, INC.

    Defendant.

07 CIV 9401 (LTS)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff William Giorsos ("Plaintiff") and Defendant Citigroup Technology, Inc. ("Defendant"), through their respective counsel undersigned below, that the time of Defendant to answer, move, or otherwise respond to the Complaint filed by Plaintiff is extended to and including December 28, 2007.

Dated: New York, New York
       December 11, 2007

ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Defendant

By: _____
Aimee B. Florin
666 Fifth Avenue
New York, New York 10103
212-506-5000

Dated: New York, New York
       December 10, 2007

THE BOYD LAW GROUP, PLLC
Attorneys for Plaintiff

By: _____
Patrick L. Boyd
230 Park Avenue, Suite 1000
New York, New York 10160
212-808-3054

SO ORDERED:

_____ 12/12/2007
UNITED STATES DISTRICT JUDGE

OHS East:160393851.2