UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM GIORSOS,

      Plaintiff,

-v.-

CITIGROUP TECHNOLOGY, INC.

      Defendant.

07 CIV 9401 (LTS) (AJP)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Citigroup Technology, Inc., by and through its undersigned counsel, states that it is a wholly owned subsidiary of Citicorp Banking Corp., which is a wholly owned subsidiary of Citigroup, Inc., which is a publicly traded company. Student Loan Corporation is the only publicly held subsidiary/affiliate of Citigroup, Inc.

Dated: December 21, 2007

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

Attorneys for Defendant Citigroup Technology, Inc.

By: _/s/ Aimee B. Florin_
Aimee B. Florin
666 Fifth Avenue
New York, New York 10103
212-506-50000

OHS East:160360283.1