

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 09 2008
```

ORRICK, HERRINGTON & SUTCLIFFE LLP
666 FIFTH AVENUE
NEW YORK, NEW YORK 10103-0001

tel +1-212-506-5000
fax +1-212-506-5151
WWW.ORRICK.COM

January 7, 2008

Aimee B. Florin
(212) 506-5206
aflorin@orrick.com

**MEMO ENDORSED**

**VIA FACSIMILE**

Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

Re:    William Giorsos v. Citigroup Technology, Inc., No. 07 CIV 9401 (LTS) (AJP)

Dear Judge Swain:

We represent Defendant Citigroup Technology, Inc. ("Citi") in the above matter. Pursuant to Your Honor's Individual Practices, we write, with the consent of Plaintiff's counsel, Patrick J. Boyd, Esq., to respectfully request an adjournment of the pre-trial conference scheduled on February 1, 2008 at 2:30 p.m. before Your Honor, until such time as the Court has ruled on Citi's Motion to Compel Arbitration and Stay Litigation which was filed on December 21, 2007.

We also write, on behalf of Plaintiff – and with Citi's consent – with regard to Citi's pending motion, to respectfully request a short extension of the briefing schedule set forth in Local Civil Rule 6.1, which requires that Plaintiff file his opposition to Citi's motion on January 14, 2008 and Citi file its reply in further support of its Motion on January 25, 2008. Specifically, Plaintiff seeks to file his opposition to Citi's pending Motion on January 30, 2008 and Citi seeks to file its reply on February 22, 2008.

This is the first request for an adjournment of the pre-trial conference and the first request for an extension of the briefing schedule with regard to Citi's pending motion.

We thank Your Honor for your consideration.

Respectfully submitted,
ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Defendant Citigroup Technology, Inc.

By: _____
       Aimee B. Florin

cc:    Patrick J. Boyd, Esq. (counsel for Plaintiff, via facsimile)

OHS East:160365536.1

*The foregoing requests are granted. The pretrial conference is adjourned to a holding date of April 30, 2008, at 4:30pm.*

SO ORDERED.

_____
1/8/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE