Swain, J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 0 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM GIORSOS,

    Plaintiff,

-v.-

CITIGROUP TECHNOLOGY, INC.

    Defendant.

07 CIV 9401 (LTS)

STIPULATION AND ORDER

Defendant Citigroup Technology, Inc. ("Defendant") having moved this Court for an order compelling arbitration and staying the litigation of all of Plaintiff William Giorsos' ("Plaintiff") claims, and Plaintiff having elected not to oppose Defendant's motion, Defendant and Plaintiff through their respective counsel undersigned below, STIPULATE AND AGREE, that Plaintiff will arbitrate all of his claims against Defendant pursuant to the procedures established by the American Arbitration Association; and

Defendant and Plaintiff further STIPULATE AND AGREE that this litigation be stayed as to all of Plaintiff's claims pending the completion of the arbitration of Plaintiff's claims and until further order of this Court.

Dated: New York, New York
2/19, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Defendant
By: _____
Aimee B. Florin
666 Fifth Avenue
New York, New York 10103
212-506-5000

Dated: New York, New York
2/15/08, 2008

THE BOYD LAW GROUP, PLLC
Attorneys for Plaintiff
By: _____
Patrick K. Boyd
230 Park Avenue, Suite 1000
New York, New York 10160
212-808-3054

SO ORDERED:
_____ 2/20/2008
UNITED STATES DISTRICT JUDGE

OHS East:160378181.1

The clerk of Court is respectfully requested to terminate Docket entry 6 and to place this action on the Court's suspense calendar. The parties shall, as of July 1, 2008 and each January 1 and July 1 thereafter, file (with a courtesy copy for chambers) a status report on the arbitration, which report shall also indicate whether this matter should be dismissed, maintained on suspense or restored to the active calendar.