**COURTESY COPY**
**(original e-filed)**

# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
666 FIFTH AVENUE
NEW YORK, NEW YORK 10103-0001

tel +1-212-506-5000
fax +1-212-506-5151

WWW.ORRICK.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 0 3 2008

July 1, 2008

Aimee B. Florin
(212) 506-5206
aflorin@orrick.com

**VIA ELECTRONIC CASE FILING**

Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007



**MEMO ENDORSED**

Re:   William Giorsos v. Citigroup Technology, Inc., No. 07 CIV 9401 (LTS) (AJP)

Dear Judge Swain:

On behalf of Defendant Citigroup Technology, Inc. ("Citi"), and with the consent of Plaintiff William Giorsos, we respectfully submit a status report on the above matter, which Your Honor compelled to arbitration on February 20, 2008.

On May 5, 2008, the Demand for Arbitration was filed with the American Arbitration Association. On June 23, 2008, Citi submitted its Answer to the Demand. An arbitrator has not yet been selected nor have hearing dates been scheduled. Thus, the parties respectfully request that the matter be maintained on the Court's suspense calendar.

Pursuant to Your Honor's Order dated February 20, 2008, the parties will submit another status report on January 1, 2009.

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

Attorneys for Defendant Citigroup Technology, Inc.

By: _____
    Aimee B. Florin

cc:   Patrick J. Boyd, Esq. (counsel for Plaintiff, via e-mail)

*The matter will remain on the suspense calendar pending the next report.*

**SO ORDERED.**

_____  7/3/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

RECEIVED
JUL 02 2008
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.

OHS East:160450239.1